

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00351-CV

———————————————

JERALD H. MILLER, JR., Appellant

V.

TARRANT COUNTY APPRAISAL DISTRICT, TARRANT COUNTY REVIEW
BOARD, TARRANT COUNTY, CITY OF FORT WORTH, AND TARRANT
COUNTY TAX ASSESSOR COLLECTOR, Appellees

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-329967-21

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Jerald H. Miller Jr. attempts to appeal from an order denying his motion for recusal of the trial court judge. However, as we have previously explained to Miller, "[a]n order denying a motion to recuse may be reviewed only . . . on appeal from the final judgment." Tex. R. Civ. P. 18a(j)(1)(A); *see Miller v. Tarrant Cnty. Appraisal Dist.*, No. 02-24-00478-CV, 2024 WL 4984675, at *1 (Tex. App.—Fort Worth Dec. 5, 2024, no pet.) (mem. op.). No final judgment has been rendered in this case.

Our appellate jurisdiction is limited to the review of final judgments and immediately appealable interlocutory orders. *In re Lakeside Resort JV, LLC*, 689 S.W.3d 916, 920 (Tex. 2024) (orig. proceeding); *Miller*, 2024 WL 4984675, at *1; *Miller v. Martinez*, No. 02-24-00223-CV, 2024 WL 3195131, at *1 (Tex. App.—Fort Worth June 27, 2024, no pet.) (per curiam) (mem. op.). Consequently, we notified Miller of our concern that we lacked jurisdiction over his appeal. We warned him that we could dismiss the appeal unless, within ten days, he or any other party showed grounds for continuing it. *See* Tex. R. App. P. 42.3(a), 44.3. More than ten days have passed, and we have not received a response.

Accordingly, we dismiss Miller's attempted appeal for want of jurisdiction. Tex. R. App. P. 42.3(a), 43.2(f); *see Miller*, 2024 WL 4984675, at *1 (dismissing attempted interlocutory appeal from order denying recusal motion).

Per Curiam

Delivered:  August 21, 2025